MARION G. CAMPION, by ADDISON S. PRATT, Her Guardian ad Litem, Appellant, *v.* JOHN M. FARLEY et al., Respondents, and MARY L. CAMPION, Appellant.

*Campion* v. *Farley*, 144 App. Div. 897, modified.
(Argued October 28, 1912; decided November 26, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1911, affirming a judgment in favor of defendants, respondents, entered upon a decision of the court on trial at Special Term in an action to obtain a judicial construction of the will of John Laden, deceased.

*Addison S. Pratt* for plaintiff, appellant.

*Emanuel J. Myers* and *Gordon S. P. Kleeberg* for defendant, appellant.

*Joseph F. Daly, Frank H. Richmond* and *Edward H. Daly* for respondents.

Judgment modified as to the affirmative relief demanded in the answer of Mary L. Campion by striking from the judgment the words "upon the merits" after the word "denied," and as modified affirmed, with costs to respondents Farley and Roman Catholic Orphan Asylum payable out of the estate; no opinion.

Concur: GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not voting: WERNER, J. Absent: CULLEN, Ch. J.